UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:18cv00293-JRG

Name of party requesting extension: The Lincoln Life & Annuity Company of NY

Is this the first application for extension of time in this case?
- [x] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other ___________

Date of Service of Summons: 7/27/2018

Number of days requested:
- [x] 30 days
- [ ] 15 days
- [ ] Other _____ days

New Deadline Date: 9/14/2018 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION


Full Name: Iwana Rademaekers

State Bar No.: 16452560

Firm Name: Law Offices of Iwana Rademaekers, P.C.

Address: 14785 Preston Road, Suite 550
Dallas, Texas 75254

Phone: 214-579-9319

Fax: 469-444-6456

Email: iwana@rademaekerslaw.com


---

A certificate of conference does not need to be filed with this unopposed application.