**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY | § | |
| COMPANY OF NEW YORK | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Dianne Urias and Defendant The Lincoln Life & Annuity Company of New York, by and through their respective counsel, file this Joint Motion for Extension of Time, and in support thereof would show unto the Court as follows:

1. Plaintiff filed this lawsuit on July 7, 2018. On August 16, 2018, Lincoln requested an extension to September 14, 2018, to answer the complaint and that extension was granted by the Clerk on August 16, 2018.

2. Since the Application for Extension of Time was filed and granted, the Parties' counsels have been discussing a possible resolution of this matter. To facilitate the discussions, the Parties respectfully request that the Court enter an order that Defendant has until and including October 5, 2018 to answer or otherwise respond to Plaintiff's Complaint.

3. This Joint Motion for Extension of Time is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties respectfully request that the Court enter an order that Defendant has until and including October 5, 2018, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 13th day of September 2018.

Respectfully submitted,

By: /s/ Robert E. Goodman, Jr.

Robert E. Goodman, Jr.
Texas Bar No. 08158100

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas 75204
PH: (214) 379-0823
FX: (214) 379-0840
Email: reg@kilgorelaw.com

ATTORNEYS FOR PLAINTIFF

AND

By: /s/ Iwana Rademaekers

Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Robert E. Goodman, Jr.
Email: reg@kilgorelaw.com

September 13, 2018 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers