**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

Before the Court is the Parties' Joint Motion for Extension of Time. (Dkt. No. 5.) Plaintiff Dianne Urias filed the instant action on July 7, 2018. (Dkt. No. 1.) On August 16, 2018, Defendant The Lincoln Life & Annuity Company of New York requested an extension to September 14, 2018, to answer the complaint and that extension was granted by the Clerk on August 16, 2018. (Dkt. No. 4.) Since the Application for Extension of Time was filed and granted, the Parties' counsels have been discussing a possible resolution of this matter. To facilitate the discussions, the Parties respectfully request that the Court enter an order that Defendant has until and including October 5, 2018 to answer or otherwise respond to Plaintiff's Complaint.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is **ORDERED** that Defendant has until and including **OCTOBER 5, 2018** to answer or otherwise respond to Plaintiff's Complaint in the above-captioned case.

**So ORDERED and SIGNED this 14th day of September, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE