**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion for Extension of Time for Defendant to Answer or Otherwise Plead to Plaintiff's Complaint (the "Motion"). (Dkt. No. 7.) Defendant The Lincoln Life & Annuity Company of New York must file its answer or otherwise respond to Plaintiff's Complaint by October 5, 2018. The Parties' counsels have been discussing a possible resolution of this matter, and progress has been made. However, these discussions have not yet been completed and the Parties request an additional one-week extension to complete settlement negotiations prior to Defendant extending the resources to file a response to Plaintiff's Complaint. As such, to facilitate the discussions, the Parties respectfully request that the Court enter an order that Defendant has up through and including October 12, 2018 to answer or otherwise respond to Plaintiff's Complaint.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is **ORDERED** that Defendant has up through and including **OCTOBER 12, 2018**, to answer or otherwise respond to Plaintiff's Complaint in the above-captioned action.

**So ORDERED and SIGNED this 5th day of October, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE