**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK | § | |
| | § | |
| | § | |
| Defendant. | § | |

# JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Dianne Urias and Defendant The Lincoln Life & Annuity Company of New York, by and through their respective counsel, file this Joint Motion for Extension of Time, and in support thereof would show unto the Court as follows:

1. Plaintiff filed this lawsuit on July 7, 2018. Pursuant to the Order entered by the Court on October 5, 2018 (document 8), Lincoln must file its answer or otherwise respond to Plaintiff's Complaint by October 12, 2018.

2. Since the previous Motion for Extension of Time was filed and granted, the Parties' counsels have been continuing to discuss a possible resolution of this matter. However, Plaintiff's counsel has been unable to confer with his client due to his client's health. As such, the Parties need an additional week to complete settlement negotiations prior to Defendant extending the resources to file a response to Plaintiff's Complaint. As such, to facilitate the discussions, the Parties respectfully request that the Court enter an order that Defendant has until and including October 26, 2018 to answer or otherwise respond to Plaintiff's Complaint.

3. This Joint Motion for Extension of Time is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties respectfully request that the Court enter an order that Defendant has until and including October 26, 2018, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 12th day of October 2018.

Respectfully submitted,

By: /s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
Texas Bar No. 08158100

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas 75204
PH: (214) 379-0823
FX: (214) 379-0840
Email: reg@kilgorelaw.com

ATTORNEYS FOR PLAINTIFF

AND

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Robert E. Goodman, Jr.
Email: reg@kilgorelaw.com

October 12, 2018 /s/ Iwana Rademaekers
Date Iwana Rademaekers