**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY | § | |
| COMPANY OF NEW YORK | § | |
| | § | |
| Defendant. | § | |

# ORDER

On this day, the Court considered the Parties' Joint Motion for Extension of Time for Defendant to answer or otherwise plead to Plaintiff's Complaint. Having considered the Motion, and after review of Plaintiff's Complaint, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Joint Motion for Extension of Time filed by the Parties is hereby **GRANTED**. Defendant has until and including October 26, 2018, to answer or otherwise respond to Plaintiff's Complaint in the above-styled action.