**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion for Extension of Time (the "Motion") (Dkt. No. 9.) Plaintiff Dianne Urias filed the instant action on July 7, 2018. (Dkt. No. 1.) Pursuant to the Court's Order entered on October 5, 2018, Defendant The Lincoln Life & Annuity Company of New York must file its answer or otherwise respond to Plaintiff's Complaint by October 12, 2018. (Dkt. No. 8.) Since the previous Motion for Extension of Time was filed and granted, the Parties' counsels have been continuing to discuss a possible resolution of this matter. However, Plaintiff's counsel has been unable to confer with his client due to his client's health. As such, the Parties need an additional week to complete settlement negotiations prior to Defendant extending the resources to file a response to Plaintiff's Complaint. To facilitate the discussions, the Parties respectfully request that the Court enter an order that Defendant has until and up through October 26, 2018 to answer or otherwise respond to Plaintiff's Complaint.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is **ORDERED** that Defendant has until and up through **OCTOBER 26, 2018**, to answer or otherwise respond to Plaintiff's Complaint in the above-styled action.

**So Ordered this**

**Oct 15, 2018**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE