**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY | § | |
| COMPANY OF NEW YORK | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Dianne Urias ("Plaintiff") and Defendant The Lincoln Life & Annuity Company of New York ("Defendant"), by and through their respective counsel, file this Joint Motion to Stay all Deadlines and Notice of Settlement, and in support thereof would show unto the Court as follows:

Plaintiff and Defendant hereby give notice that that all matters in controversy between the parties have been settled, in principle, and the parties request that the Court cancel the Scheduling Conference set for November 19, 2018, and enter stay of all deadlines, to include the deadline for Lincoln to answer or otherwise respond to Plaintiff's Complaint, so that appropriate dismissal papers may be submitted.

This Joint Motion to Stay All Deadlines and Notice of Settlement is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties respectfully request that the Court cancel the Scheduling Conference set for November 19, 2018, and enter stay of all deadlines in this matter, to include the deadline for Lincoln to answer or otherwise respond to Plaintiff's Complaint.

Dated this 25th day of October 2018.

Respectfully submitted,

By: /s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
Texas Bar No. 08158100

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas 75204
PH: (214) 379-0823
FX: (214) 379-0840
Email: reg@kilgorelaw.com

ATTORNEYS FOR PLAINTIFF

AND

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Robert E. Goodman, Jr.
Email: reg@kilgorelaw.com

October 25, 2018 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers