**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Parties' Joint Motion to Stay all Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 12.) The Parties have reached a settlement in the above-captioned case and request that the Court stay all remaining unreached deadlines in this case so that the Parties can file the appropriate dismissal papers with the Court.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is **ORDERED** that all pending deadlines in this case are **STAYED** for thirty (30) days from the date of this Order, during which time dismissal papers shall be tendered to the Court for entry, to facilitate finalizing of the Parties' settlement of this case.

**So Ordered this**
**Oct 26, 2018**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE