**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIANNE URIAS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:18cv00293-JRG |
| | § | |
| VS. | § | |
| | § | |
| THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Dianne Urias and Defendant The Lincoln Life & Annuity Company of New York's Joint Stipulation of Dismissal With Prejudice (the "Stipulation"). (Dkt. No. 14.) The parties no longer desire to litigate this action, and accordingly, stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

Having considered the Stipulation, the Court hereby **DISMISSES WITH PREJUDICE** all claims asserted between the parties in the above-captioned case. It is further **ORDERED** that all attorney fees, costs, and expenses are to be borne by the party that incurred them. All pending requests for relief not previously addressed by the Court are **DENIED AS MOOT**. The Clerk is **DIRECTED TO CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 27th day of November, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE